# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 10, 2012

No. 12-30131

Lyle W. Cayce
Clerk

SUPERIOR DIVING COMPANY, INCORPORATED,

      Plaintiff

v.

JAY WATTS,

          Defendant-Third Party Plaintiff-Counter Claimant-Appellee

v.

NEWTON B. SCHWARTZ, SR.,

          Third Party Defendant-Counter Defendant-Appellant

_____

JAY WATTS,

        Plaintiff - Appellee

v.

NEWTON B. SCHWARTZ, SR.,

          Defendant - Third Party Plaintiff - Appellant

Appeals from the United States District Court
for the Eastern District of Louisiana
2:05-CV-197, 2:08-CV-5098

Before BARKSDALE, DENNIS, and GRAVES, Circuit Judges.

No. 12-30131

PER CURIAM:[*]

On joint oral motion presented in open court on December 6, 2012, premised on the parties' having settled this matter, IT IS ORDERED that the appeal is DISMISSED. *See* 5TH CIR. R. 42.1. Costs are taxed against Appellant. *See* FED. R. APP. P. 39(a)(1). IT IS FURTHER ORDERED that all outstanding motions are DENIED as moot.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.